**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x

JULISSA PEREZ, on behalf of herself, and
as a representative of a class of participants
and beneficiaries on behalf of the Deutsche
Bank Matches Savings Plan,

                      **Plaintiff,**

            **-against-**

DEUTSCHE BANK AMERICAS
HOLDING CORP., *et al.*,

                  **Defendants.**

-------------------------------------------------------- x

:    1:25-cv-7562 (ALC)

:    **ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Defendants filed a motion to dismiss under 12(b)(6). ECF No. 40. The motion is fully briefed.

The parties shall appear for a hearing in this matter on **Tuesday, June 30, 2026**, at **3:30pm** in Courtroom 444 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Dated:** June 9, 2026
      New York, New York

                                **ANDREW L. CARTER, JR.**
                                **United States District Judge**