**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- x

**JULISSA PEREZ, on behalf of herself, and**
**as a representative of a class of participants**
**and beneficiaries on behalf of the Deutsche**
**Bank Matches Savings Plan,**

                  **Plaintiff,**            :       **1:25-cv-7562 (ALC)**

           **-against-**          :       **ORDER**

**DEUTSCHE BANK AMERICAS**
**HOLDING CORP.,** *et al.,*

                 **Defendants.**

------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

The parties are **ORDERED** to file a joint status report by July 15, 2026, regarding: (1)

Plaintiff's intent to amend the Amended Complaint; (2) if Defendants intend to move to dismiss,

a proposed briefing schedule; and (3) the status of settlement discussions and whether the parties

would like assistance in facilitating settlement discussions.

**SO ORDERED.**

**Dated:** July 1, 2026
      **New York, New York**                  **ANDREW L. CARTER, JR.**
                                                **United States District Judge**