**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**JULISSA PEREZ, on behalf of herself, and as a representative of a class of participants and beneficiaries on behalf of the Deutsche Bank Matches Savings Plan,**

**Plaintiff,**

**-against-**

**DEUTSCHE BANK AMERICAS HOLDING CORP., *et al.*,**

**Defendants.**

---------------------------------------------------------- x

**1:25-cv-7562 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

For the reasons discussed at the June 30, 2026, hearing, Defendants' Motion to Dismiss, ECF No. 40, is **GRANTED** as to Counts IV, V, and VI and **DENIED** as to Counts I, II, III, and VII.

The Clerk of Court is respectfully directed to terminate ECF No. 40.

**SO ORDERED.**

**Dated:** July 23, 2026
**New York, New York**

Andrew L Carter Jr

**ANDREW L. CARTER, JR.**
**United States District Judge**